1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REYNALDO T. AMODO,

11          Plaintiff,              No. CIV S-10-0177 MCE DAD PS

12      vs.

13   HOMEQ SERVICING CORP.,        ORDER SETTING STATUS
     et al.,                       (PRETRIAL SCHEDULING) CONFERENCE
14
            Defendants.
15   _____/

16          Plaintiff, proceeding pro se, has filed a complaint concerning the foreclosure of

17   his home.  Plaintiff paid the required filing fee, and the Clerk has issued summons.  By order

18   filed January 22, 2010, plaintiff's motion for TRO was denied.  The action has been referred to

19   the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.[1]

20          Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT

21   IS ORDERED that:

22          1.  A Status (Pretrial Scheduling) Conference is set for **Friday, May 21, 2010, at

23   11:00 a.m.**, in Courtroom No. 27, before the undersigned.

24

    _____
[1] If all parties consent, the assigned Magistrate Judge is available to conduct all
25   proceedings in this case.   A party choosing to consent may complete a consent form and return it
    to the Clerk at any time.  Neither the magistrate judge nor the district judge handling the case will
26   be notified of the filing of consent forms, unless all parties have filed consent forms.

1    2.  Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may**

2    **be dismissed against any defendant on whom service of process has not been completed**

3    **within 120 days from the date the complaint was filed**.  In order to ensure compliance with the

4    120-day time limits specified in Rules 4(m) and 16(b), **plaintiff is strongly encouraged to**

5    **complete service of process on each defendant within 90 days of the date of filing his**

6    **complaint**.

7    3.  Concurrently with service of process on the defendants, or as soon thereafter as

8    possible, plaintiff shall serve upon the defendants and UPON ALL PARTIES SUBSEQUENTLY

9    JOINED, INCLUDING IMPLEADED THIRD-PARTY DEFENDANTS, a copy of this order,

10   and plaintiff shall promptly file with the Clerk of the Court a certificate reflecting proper service

11   of this order on each defendant.

12   4.  Plaintiff shall also serve on each defendant a copy of the Notice of Availability

13   of Magistrate Judge and a copy of the consent form issued to plaintiff by the Clerk on January 22,

14   2010.

15   5.  Each party shall appear at the Status Conference by counsel or, if proceeding in

16   propria persona, on his own behalf.  Any party may appear at the status conference telephonically

17   if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the

18   undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status

19   (Pretrial Scheduling) Conference.

20   6.  Plaintiff shall file and serve a status report on or before **May 7, 2010,** and the

21   defendants shall file and serve status reports on or before **May 14, 2010**.

22   7.  Each party's status report shall address all of the following matters:

23   a.    Progress of service of process;

24   b.    Possible joinder of additional parties;

25   c.    Any expected or desired amendment of the
        pleadings;

26

1        d.     Jurisdiction and venue;

2        e.     Anticipated motions and the scheduling thereof;

3        f.     Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g.     Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

h.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i.     Whether the case is related to any other case, including matters in bankruptcy;

j.     Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k.     Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l.     Any other matters that may aid in the just and expeditious disposition of this action.

8. Plaintiff is cautioned that failure to file a timely status report or failure to appear at the status conference may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183.

DATED: January 28, 2010.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amodo0177.ossc

3